IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH GROSSO | : | CIVIL ACTION |
| | : | NO. 12-818 |
| v. | : | |
| | : | |
| MARIO BIAGGI, JR., ESQ. | : | |
| | : | |

### ORDER

AND NOW, this 24th day of July, 2012, after consideration of defendant's motion to dismiss and plaintiff's response, it is ORDERED that defendant's motion is GRANTED. Plaintiff's complaint is DISMISSED.

                                                             *s/Thomas N. O'Neill, Jr.*
                                                           THOMAS N. O'NEILL, JR., J.